**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-5 (LAG) |
| | : | |
| MARVIN PULLEY III, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Government's Motion to Authorize Payment from Inmate Trust Account (Motion). (Doc. 499). For the reasons below, the Government is **DIRECTED** to supplement its briefing.

Defendant Marvin Pulley III pled guilty to (1) Conspiracy to Sponsor and Exhibit Dogs in an Animal Fighting Venture in violation of 18 U.S.C § 371 in conjunction with 7 U.S.C. § 2156(a) and 18 U.S.C. § 49; (2) Possessing and Transporting a Dog for an Animal Fighting Venture in violation of 7 U.S.C. § 2156(b) and 18 U.S.C. § 49(b); and (3) Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(8). (Doc. 497 at 1). The Court sentenced Defendant to 30 months' imprisonment on each count, to run concurrently, for a total term of 30 months' imprisonment, followed by three years of supervised release. (*Id.* at 2). The Court also ordered Defendant to pay $33,887.59 in restitution and a $300 assessment. (*Id.* at 3, 6).

The Government originally moved for an order authorizing the Bureau of Prisons to turnover to the Clerk of Court $992.00 in funds held in Defendant's inmate trust account as payment toward the criminal monetary penalties imposed on him pursuant to 18 U.S.C. §§ 3663A and 3664. (*See generally* Doc. 499). Shortly after filing the Motion, the Government emailed the Court, informing it that Defendant and the Government had agreed to a $700.00 payment. (Kimberly Jones, Email to Albany Div., U.S. Dist. Ct. for the Middle Dist. of Ga. (Sep. 3, 2025) (on file with the Court)). As the Parties have agreed

to a settlement of this matter, the Motion (Doc. 499) is **GRANTED in part**. It is **ORDERED** that the Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk of Court shall accept, $700.00 of the funds currently held in the trust account for the following inmate: Marvin Pulley, III, Register Number: 00744-511. The Clerk shall apply these funds as payment for the criminal monetary penalties and restitution owed by Defendant in this case.

   **SO ORDERED**, this 20th day of April, 2026.

       /s/ Leslie A. Gardner
       **LESLIE A. GARDNER, CHIEF JUDGE**
       **UNITED STATES DISTRICT COURT**